ANDREW M. ZACKS (CA# 147794)
PAUL F. UTRECHT (CA# 118658)
JAMES B. KRAUS (CA# 184118)
ZACKS & UTRECHT, P.C.
235 Montgomery Street, Suite 400
San Francisco, CA 94104
(415) 956-8100

Attorneys for Petitioners and Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHEN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| 1488 BAYSHORE, LLC; 1720 BAYSHORE, LLC; 1838 BAYSHORE, LLC; 1842 BAYSHORE, LLC; 1846 BAYSHORE, LLC; 1837 CLARKE, LLC; 1851 CLARKE, LLC; 1916 CAPITAL, LLC; 1920 CAPITOL, LLC; 1934 CAPITOL, LLC; 1943 CAPITOL, LLC; 1920/1928 COOLEY, LLC; 1941 COOLEY, LLC; 1949 COOLEY, LLC; 1957 COOLEY, LLC; 438 DONOHOE, LLC; 1920 EUCLID, LLC; 1962 EUCLID, LLC; 2021 EUCLID, LLC; 2025 EUCLID, LLC; 2031 EUCLID, LLC; 2054 EUCLID, LLC; 2061 EUCLID, LLC; 1901 MANHATTAN, LLC; 1919 MANHATTAN, LLC; 1955 MANHATTAN, LLC; 1965 MANHATTAN, LLC; 1991 MANHATTAN, LLC; 2033 MANHATTAN, LLC; 1 NEWELL, LLC; 5 NEWELL, LLC; 15 NEWELL, LLC; 25 NEWELL, LLC; 30 NEWELL, LLC; 35 NEWELL, LLC; 40 NEWELL, LLC; 2012/501 OCONNER, LLC; 201 OKEEFE, LLC; 685 SCOFIELD, LLC; 1609 WOODLAND, LLC; 1721 WOODLAND, LLC; 1779 WOODLAND, LLC; 320 OKEEFE, LLC; 340 OKEEFE, LLC; TINNEY INVESTMENTS, LLC; AND TINNEY HOLDINGS, LLC,<br><br>        Petitioners and Plaintiffs,<br><br>  v.<br><br>CITY OF EAST PALO ALTO, CITY OF EAST PALO ALTO RENT STABILIZATION BOARD,<br><br>        Respondents and Defendants. | Case No.: C 09-02017 TEH<br><br>ORDER GRANTING PETITIONERS'/PLAINTIFFS' MOTION FOR LEAVE TO AMEND TO DELETE FEDERAL CLAIMS AND FOR ORDER REMANDING CASE TO STATE COURT<br><br>FRCP 15(a)(2), and 28 U.S.C. §§ 1367, 1447(c)<br><br>Date: June 29, 2009<br>Time: 10:00 a.m.<br>Judge: Hon. Thelton E. Henderson<br>Room: Courtroom 12, 19th Floor, 450 Golden Gate Ave. |

On June 22, 2009, at 10:00 a.m. in Courtroom 12, 19th Floor, 450 Golden Gate Avenue, San Francisco, PETITIONERS'/PLAINTIFFS' MOTION FOR LEAVE TO AMEND TO DELETE FEDERAL CLAIMS AND FOR ORDER REMANDING CASE TO STATE COURT came on for hearing before the Hon. Thelton E. Henderson. Andrew M. Zacks appeared for Petitioners/Plaintiffs. Benjamin P. Fay appeared for Respondents/Defendants. For good cause shown, the motion is granted. Court orders that moving parties' proposed first amended complaint, deleting the federal claims, be filed. The Court then remands the case to state court for lack of federal subject matter jurisdiction.

IT IS SO ORDERED:

Date:   June 22, 2009

_____
Hon. Thelton E. Henderson
United States District Judge

ZACKS & UTRECHT, P.C.
235 MONTGOMERY STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94104